**Exhibit A**

Table of Last-Observed Infringements by Defendants of Discount Video Center Inc's Copyright in the Motion Picture "Anal Cum Swappers 2," Copyright Reg. No. PA0001304275

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.20.157.208 | 2012-01-11 19:29:38 -0500 | Verizon Internet Services | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 2 | 108.20.34.227 | 2012-01-09 17:10:11 -0500 | Verizon Internet Services | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 3 | 108.49.61.15 | 2012-01-28 20:27:02 -0500 | Verizon Internet Services | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 4 | 173.48.188.210 | 2012-03-15 21:39:32 -0400 | Verizon Internet Services | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 5 | 173.76.10.223 | 2012-02-15 23:58:36 -0500 | Verizon Internet Services | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 6 | 24.218.219.155 | 2012-01-17 02:07:24 -0500 | Comcast Cable | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 7 | 24.25.139.148 | 2012-03-06 22:11:10 -0500 | Road Runner | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 8 | 24.34.1.248 | 2012-01-22 21:14:35 -0500 | Comcast Cable | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 9 | 24.34.176.158 | 2012-01-29 21:20:30 -0500 | Comcast Cable | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 10 | 24.61.8.178 | 2012-01-18 16:41:10 -0500 | Comcast Cable | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 11 | 50.136.92.14 | 2012-01-24 11:58:18 -0500 | Comcast Cable | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 12 | 65.96.91.26 | 2012-02-14 02:59:15 -0500 | Comcast Cable | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 13 | 66.30.153.162 | 2012-01-09 23:00:09 -0500 | Comcast Cable | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 14 | 66.30.182.132 | 2012-01-13 07:56:39 -0500 | Comcast Cable | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 15 | 66.30.98.183 | 2012-02-21 02:52:24 -0500 | Comcast Cable | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 16 | 66.31.41.187 | 2012-02-11 01:17:47 -0500 | Comcast Cable | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 17 | 68.186.246.61 | 2012-02-05 23:49:35 -0500 | CHARTER COMMUNICATIONS | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 18 | 71.174.123.31 | 2012-03-24 11:10:31 -0400 | Verizon Internet Services | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 19 | 71.192.11.193 | 2012-01-09 00:04:56 -0500 | Comcast Cable | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 20 | 71.192.230.179 | 2012-02-08 19:33:15 -0500 | Comcast Cable | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 21 | 71.232.213.154 | 2012-02-03 09:41:17 -0500 | Comcast Cable | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 22 | 76.119.47.81 | 2012-01-27 21:15:57 -0500 | Comcast Cable | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 23 | 76.19.40.85 | 2012-01-16 21:47:48 -0500 | Comcast Cable | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 24 | 76.24.0.198 | 2012-03-19 02:59:51 -0400 | Comcast Cable | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 25 | 76.24.132.159 | 2012-01-10 20:18:41 -0500 | Comcast Cable | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 26 | 76.24.172.161 | 2012-01-11 14:10:40 -0500 | Comcast Cable | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 27 | 98.216.15.162 | 2012-01-20 22:30:12 -0500 | Comcast Cable | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |

| Doe 28 | 98.229.34.143 | 2012-01-10 00:59:53 -0500 | Comcast Cable | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |
| Doe 29 | 98.229.60.65 | 2012-01-22 23:55:24 -0500 | Comcast Cable | BitTorrent | fa26f559ca5129da20d8e7bd70bd9b15dceca85f |