

### Law Offices Of
# MARVIN CABLE

By U.S. Mail

August 15, 2012

To:

Re:     Allegation of Copyright Infringement
        Discovery Obtained in Case Name: Digital Sin, Inc. v. DOES 1-45
        Case No.: 12-CV-10945-GAO, United States District Court for the District of Massachusetts
        **Title of Infringed Motion Picture:** So Young So Sexy POV 5
        **File Name:** So.Young.So.Sexy.POV.5.XXX.DVDRip.XviD-STARLETS
        **Hash:** 7208828099f0edeb9c4f016b86f355ddfb786ed4

| | |
|---|---|
| **File Size:** 2,192,455,022 bytes | **ISP:** Comcast Cable |
| **Doe No.:** 37 | **Case Management ID:** 11920608 |
| **Timestamp:** 03/15/2012 8:56:00 AM EDT | **Protocol:** BitTorrent |
| **IP Address:** 76.28.71.44 | **Port:** 38316 |

Dear                          :

**If you have already referred this matter to your own lawyer, please forward this letter to that attorney.**
**IF YOU HAVE NOT ALREADY DONE SO, YOU SHOULD CONSIDER CONSULTING WITH**
**YOUR OWN ATTORNEY IN CONNECTION WITH THIS MATTER.**

We represent the owner of the copyright in the motion picture that is identified above.

That motion picture was downloaded from the Internet without legal authorization. Discovery was authorized by the Court in the above-identified case relating to the identities of the subscribers whose Internet accounts were allegedly used to download from and/or make available on the Internet unauthorized copies of the above-named motion picture in violation of the U.S. Copyright Act (17 U.S.C. §§ 101 et seq.).

The complaint in that case can be viewed online at http://www.copyright-complaints.com/12-CV-10945-GAO.pdf.

Pursuant to a Court-approved subpoena in that case, the Internet Service Provider ("ISP") named above and other ISPs have disclosed personally identifiable information about such subscribers, and you have been identified as one of those subscribers.

On behalf of Plaintiff, we may formally name you as a defendant (i.e., as an alleged infringer of Plaintiff's copyright in the above-named motion picture) in the above-identified case, or in a subsequent case, if a settlement is not reached in connection with the alleged infringement that occurred on a computer using your Internet account by the close of business on Tuesday, September 4, 2012.

In connection with any such case, we will seek, among other things, an award for the above-identified infringement that occurred on your Internet account for damages of up to $150,000 for willful infringement, and up to $30,000 for

Case Management ID: 11920608

---

Mail Correspondence Address: PO Box 1630, Northampton, MA 01061
Physical Address: 73 Bridge Street, Suite #6, Northampton, MA 01060
Tel: 413-268-6500  |  Fax: 888-691-9850  |  Email: contact@marvincable.com



## Law Offices Of
# MARVIN CABLE

non-willful infringement, under the statutory damages provisions of the Copyright Act (17 U.S.C. § 504(c)), as well as costs, attorney fees, and a permanent injunction.

In the meantime, do NOT delete any files relating to the above-identified motion picture from any computers using your Internet account unless and until Plaintiff's claim relating to the alleged infringement occurring on that account is resolved by settlement or otherwise.  If you do delete such files, in addition to damages, we will be entitled to seek sanctions against you for spoliation (i.e., destruction or alteration) of evidence.

You have an opportunity to settle now the alleged infringement that occurred on a computer using your account. The settlement fee is $3,500.00.  As indicated above, the settlement fee must be received by us, on behalf of Plaintiff, by the close of business on Tuesday, September 4, 2012.  Otherwise, we will proceed to enforce Plaintiff's copyright with the understanding that you do not intend to resolve this matter without a lawsuit.

Settlement payment in the form of a check or money order should be made payable to "Law Offices of Marvin Cable," with **Case Management ID: 11920608** written on the remittance/advice line of the check or money order.

The payment, along with your signature on the Liability Release Agreement (see attached document) should be sent to this address:

**Law Offices of Marvin Cable, PO Box 1630, Northampton, MA 01061**

Note:  You may use Express Mail or Priority Mail (ask for the tracking option) so that you have a tracking number. Both will be received at PO Box 1630, Northampton, MA 01061.

With respect to the Liability Release Agreement, read it carefully.  We have accommodated the reasonable interests of accused infringers.  Once the Liability Release Agreement signed by you has been received by us and the money represented by your check or money order has actually been received in my attorney-client trust account, I will return to you the attached Liability Release Agreement counter-signed by me on behalf of Plaintiff, along with a Settlement Date and Release Security Code.  Shortly thereafter, to the extent that a case is active with the specific IP Address and Timestamp shown above, a dismissal of you, identified by that IP address and timestamp, from the case will be filed with the Court and sent to you as well.

Juries and courts do take copyright infringement very seriously.  As noted above, **you should consider consulting with your own attorney in connection with this matter.**

We look forward to resolving this case with you according to the terms set forth in the Liability Release Agreement. If we do not, then you may formally be brought into a case without further notice.

Sincerely,

*Marvin Cable*

Marvin Cable

Case Management ID: 11920608

Mail Correspondence Address: PO Box 1630, Northampton, MA 01061
Physical Address: 73 Bridge Street, Suite #6, Northampton, MA 01060
Tel: 413-268-6500  |  Fax: 888-691-9850  |  Email: contact@marvincable.com