UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DISCOUNT VIDEO CENTER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 12-10805-NMG |
| ) | |
| DOES 1-29, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| PATRICK COLLINS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 12-10532-GAO |
| ) | |
| DOES 1-79, ) | |
| ) | |
| Defendants. ) | |

(Continued on next page)

*Report and Recommendation accepted and adopted. /s/ NMGorton, USDJ 1/24/13*